

# In the United States District Court for the Southern District of Georgia Brunswick Division

```
DS SMITH,                              │
                                       │
     Plaintiff,                        │
                                       │
     v.                                │   No. 2:20-CV-019
                                       │
SYMRISE, INC. and RENESSENZ,           │
LLC,                                   │
                                       │
     Defendants.                       │
_____        │
                                       │
SYMRISE, INC.,                         │
                                       │
      Counter Claimant,                │
                                       │
     v.                                │
                                       │
DS SMITH,                              │
                                       │
      Counter Defendant                │
```

### ORDER

Before the Court is the Parties' Stipulation of Dismissal, dkt. no. 14, wherein they inform the Court that they wish to dismiss this action with prejudice.  The dismissal complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, all claims asserted in this action are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 19th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA